

FILED
APR 06 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OLIVIA MAXINES,<br><br>　　　　　　　Defendant. | Case No.: 3:21CR1033-JAH<br><br>**BRADY ORDER** |

The Court orders the United States to comply with the continuing duty to disclose material evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.

Dated: 4/6/2021

　　　　　　　　　　　　　　　　　　　　　　　Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge